UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TORCHES ON THE HUDSON, LLC d/b/a
BLU POINTE; JOSCO INC,

                        Plaintiff,

-against-

THE SENTINEL INSURANCE COMPANY, LTD.
and THE HARTFORD FINANCIAL SERVICES
GROUP, INC.,

                        Defendants.
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2021

20 **CIVIL** 7855 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 18, 2021, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York
        November 18, 2021

                                                  RUBY J. KRAJICK

                                                  Clerk of Court
                          **BY:**

                                                  **Deputy Clerk**